# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: VALORE, CRAIG J. § Case No. 18-80010
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $142,525.00          Assets Exempt: $21,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,730.00     Claims Discharged
                                               Without Payment: $41,141.02

Total Expenses of Administration: $1,270.00

   3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,006.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,270.00 | 1,270.00 | 1,270.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,635.42 | 32,218.85 | 32,218.85 | 3,730.00 |
| **TOTAL DISBURSEMENTS** | $161,641.42 | $33,488.85 | $33,488.85 | $5,000.00 |

   4) This case was originally filed under Chapter 7 on January 04, 2018. The case was pending for 11 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2018    By: /s/JAMES E. STEVENS
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Dovenmuehle Mortgage | 4110-000 | 119,006.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$119,006.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,270.00** | **$1,270.00** | **$1,270.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,114.25 | 8,262.70 | 8,262.70 | 956.58 |
| 2 | First Northern Credit Union | 7100-000 | 2,013.90 | 2,081.29 | 2,081.29 | 240.95 |
| 3 | TD Bank, USA | 7100-000 | 3,063.92 | 3,162.77 | 3,162.77 | 366.16 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 482.58 | 526.06 | 526.06 | 60.90 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 3,929.24 | 4,168.21 | 4,168.21 | 482.56 |
| 6 | CREDIT FIRST NA | 7100-000 | 1,451.00 | 1,457.26 | 1,457.26 | 168.71 |
| 7 | Capital One, N.A. | 7100-000 | 1,451.61 | 1,451.21 | 1,451.21 | 168.01 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | 4,452.00 | 4,517.50 | 4,517.50 | 522.99 |
| 9 | U.S. Bankruptcy Court - Rockford Mercantile Agency | 7100-001 | 729.00 | 20.59 | 20.59 | 2.38 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | 310.00 | 350.81 | 350.81 | 40.61 |
| 11 | Directv, LLC | 7100-000 | N/A | 188.54 | 188.54 | 21.83 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | 860.45 | 800.34 | 800.34 | 92.66 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | 1,673.69 | 1,790.78 | 1,790.78 | 207.32 |
| 14 | Synchrony Bank | 7100-000 | 1,451.61 | 1,445.96 | 1,445.96 | 167.40 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 898.50 | 898.50 | 104.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,096.33 | 1,096.33 | 126.92 |
| NOTFILED | Best Buy | 7100-000 | 819.34 | N/A | N/A | 0.00 |
| NOTFILED | Bergner's | 7100-000 | 510.27 | N/A | N/A | 0.00 |
| NOTFILED | AT & T Phone Service | 7100-000 | 207.64 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,436.91 | N/A | N/A | 0.00 |
| NOTFILED | Amazon | 7100-000 | 676.03 | N/A | N/A | 0.00 |
| NOTFILED | Firestone | 7100-000 | 1,370.32 | N/A | N/A | 0.00 |
| NOTFILED | Crusader Clinic | 7100-000 | 102.25 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Jewelers | 7100-000 | 1,807.38 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart | 7100-000 | 1,036.85 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group LLC | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 1,191.74 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 475.14 | N/A | N/A | 0.00 |
| NOTFILED | Lending Club Group | 7100-000 | 2,842.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,635.42 | $32,218.85 | $32,218.85 | $3,730.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-80010  
**Case Name:** VALORE, CRAIG J.

**Period Ending:** 12/12/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/04/18 (f)  
**§341(a) Meeting Date:** 02/20/18  
**Claims Bar Date:** 06/13/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  8820 Wakefield Drive | 134,000.00 | 0.00 | | 0.00 | FA |
| 2  Credit Union Savings: Rock Valley Federal | 25.00 | 0.00 | | 0.00 | FA |
| 3  Credit Union Checking: Rock Valley Federal | 500.00 | 0.00 | | 0.00 | FA |
| 4  Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  TV Cell Phone Laptop | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 7  2006 Toyota Corolla | 1,300.00 | 0.00 | | 0.00 | FA |
| 8  1999 Ford Mustang | 4,000.00 | 0.00 | | 0.00 | FA |
| 9  1998 Ford Explorer | 300.00 | 0.00 | | 0.00 | FA |
| 10 Income Tax Refund  (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 10  **Assets**  **Totals** (Excluding unknown values) | **$142,525.00** | **$5,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 5, 2018         **Current Projected Date Of Final Report (TFR):**    August 14, 2018  (Actual)

Printed: 12/12/2018 10:27 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-80010  
**Case Name:** VALORE, CRAIG J.  

**Taxpayer ID #:** **-***7083  
**Period Ending:** 12/12/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/18 | {10} | Craig J. Valore | income tax refund | 1224-000 | 5,000.00 | | 5,000.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 10/04/18 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,730.00 |
| 10/04/18 | 102 | Discover Bank | Dividend paid 11.57% on $8,262.70; Claim# 1; Filed: $8,262.70; Reference: | 7100-000 | | 956.58 | 2,773.42 |
| 10/04/18 | 103 | First Northern Credit Union | Dividend paid 11.57% on $2,081.29; Claim# 2; Filed: $2,081.29; Reference: | 7100-000 | | 240.95 | 2,532.47 |
| 10/04/18 | 104 | TD Bank, USA | Dividend paid 11.57% on $3,162.77; Claim# 3; Filed: $3,162.77; Reference: | 7100-000 | | 366.16 | 2,166.31 |
| 10/04/18 | 105 | CREDIT FIRST NA | Dividend paid 11.57% on $1,457.26; Claim# 6; Filed: $1,457.26; Reference: | 7100-000 | | 168.71 | 1,997.60 |
| 10/04/18 | 106 | Capital One, N.A. | Dividend paid 11.57% on $1,451.21; Claim# 7; Filed: $1,451.21; Reference: | 7100-000 | | 168.01 | 1,829.59 |
| 10/04/18 | 107 | Wells Fargo Bank, N.A. | Dividend paid 11.57% on $4,517.50; Claim# 8; Filed: $4,517.50; Reference: | 7100-000 | | 522.99 | 1,306.60 |
| 10/04/18 | 108 | Quantum3 Group LLC as agent for | Dividend paid 11.57% on $350.81; Claim# 10; Filed: $350.81; Reference: | 7100-000 | | 40.61 | 1,265.99 |
| 10/04/18 | 109 | Directv, LLC | Dividend paid 11.57% on $188.54; Claim# 11; Filed: $188.54; Reference: | 7100-000 | | 21.83 | 1,244.16 |
| 10/04/18 | 110 | Synchrony Bank | Dividend paid 11.57% on $1,445.96; Claim# 14; Filed: $1,445.96; Reference: | 7100-000 | | 167.40 | 1,076.76 |
| 10/04/18 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 2.38 | 1,074.38 |
| 10/04/18 | 112 | Capital One Bank (USA), N.A. | Combined Check for Claims#4,5 | | | 543.46 | 530.92 |
| | | | Dividend paid 11.57% 60.90 on $526.06; Claim# 4; Filed: $526.06 | 7100-000 | | | 530.92 |
| | | | Dividend paid 11.57% 482.56 on $4,168.21; Claim# 5; Filed: $4,168.21 | 7100-000 | | | 530.92 |
| 10/04/18 | 113 | Portfolio Recovery Associates, LLC | Combined Check for Claims#15,16 | | | 230.94 | 299.98 |
| | | | Dividend paid 11.57% 104.02 on $898.50; Claim# 15; Filed: $898.50 | 7100-000 | | | 299.98 |
| | | | Dividend paid 11.57% 126.92 on $1,096.33; Claim# 16; Filed: $1,096.33 | 7100-000 | | | 299.98 |

Subtotals: $5,000.00    $4,700.02

{} Asset reference(s)

Printed: 12/12/2018 10:27 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 18-80010 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | VALORE, CRAIG J. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***7083 | | Blanket Bond: | $2,827,000.00  (per case limit) |
| Period Ending: | 12/12/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/04/18 | 114 | Quantum3 Group LLC as agent for | Combined Check for Claims#12,13 | | | | 299.98 | 0.00 |
| | | | Dividend paid  11.57%<br>on $800.34;  Claim# 12;<br>Filed: $800.34 | 92.66 | 7100-000 | | | 0.00 |
| | | | Dividend paid  11.57%<br>on $1,790.78;  Claim#<br>13; Filed: $1,790.78 | 207.32 | 7100-000 | | | 0.00 |

| | ACCOUNT TOTALS | 5,000.00 | 5,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | | 5,000.00 | 5,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******8066 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)                                                                                Printed: 12/12/2018 10:27 AM    V.14.14